John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Jesus Camacho Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00420 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| Ivan Jimenez et al., | ) | |
| | ) | Date: 1/9/09 |
| Defendants. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Jesus Camacho Padilla, John R. Manning Esq., counsel for defendant Ivan Quintero Jimenez, Matthew C. Bockmon Esq., and counsel for defendant Rodolfo Alvarez, Gilbert A. Roque Esq., that the status conference presently set for January 9, 2009 be **continued to March 6, 2009, at 10:00 a.m.,** thus **vacating** the presently set status conference.

    The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1

3161(h)(8)(B)(iv). Specifically, the requested continuance is based upon the need of defense counsel to review discovery and investigate the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: January 6, 2009                /s/ John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Jesus Camacho Padilla

Dated: January 6, 2009                /s/ Matthew C. Bockmon
                                      MATTHEW C. BOCKMON
                                      Attorney for Defendant
                                      Ivan Quintero Jimenez

Dated: January 6, 2009                /s/ Gilbert A. Roque
                                      GILBERT A. ROQUE
                                      Attorney for Defendant
                                      Rodolfo Alvarez

Dated: January 6, 2009                McGREGOR W. SCOTT
                                      United States Attorney

                                 by:  /s/ Mary L. Grad
                                      MARY L. GRAD
                                      Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR.S-08-0420 EJG |
| Plaintiff, ) | |
| v. ) | ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| Ivan Jimenez et al., ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the January 9, 2009 status conference be continued to March 6, 2009 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.   THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to March 6, 2009

IT IS SO ORDERED.

Dated: January 7, 2009        /s/ Edward J. Garcia
                              Edward J. Garcia
                              United States District Judge