1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW C. BOCKMON, Bar #161566
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
IVAN QUINTERO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IVAN QUINTERO JIMENEZ, et al.,<br><br>　　　　Defendants.<br>_____ | No. CR-S-08-420 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: May 1, 2009<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between the parties, Mary L. Grad, Assistant United States Attorney, Matthew C. Bockmon, attorney for defendant Ivan Quintero Jimenez, John R. Manning, attorney for defendant Jesus Camacho Padilla, and Gilbert A. Roque, attorney for defendant Rodolfo Alvarez, that the Status Conference now scheduled for May 1, 2009 be vacated, and a new status conference date of May 8, 2009 be set.

This continuance is being requested because defense counsel needs additional time to meet and confer with defendant, who speaks only Spanish.

///

IT IS STIPULATED that the period from the signing of this Order up to and including May 8, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: April 28, 2009  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
IVAN QUINTERO JIMENEZ

Dated: April 28, 2009  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
JESUS CAMACHO PADILLA

Dated: April 28, 2009  /s/ Gilbert A. Roque
GILBERT A. ROQUE
Attorney for Defendant
RODOLFO ALVAREZ

Dated: April 28, 2009  LAWRENCE G. BROWN
Acting United States Attorney

/s/ Mary L. Grad
_____
MARY L. GRAD
Assistant U.S. Attorney

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the status conference presently set for May 1, 2009, be continued to May 8, 2009, at 10:00 a.m. The Court finds that the ends

of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from this date to, and including, the May 8, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: April 30, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge